HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID M. VINES, | No. 2:20-cv-01788-RAJ |
| Plaintiff, | |
| v. | |
| CITY OF BLACK DIAMOND, JAMES KIBLINGER, RYAN KELLER, MICHAEL HENRICH, and BRIAN LYNCH | ORDER |
| Defendants. | |

## I.  INTRODUCTION

This matter comes before the Court on Plaintiff's motion for reconsideration of the Court's order granting Defendants' motion for summary judgment. Dkt. 32. For the reasons below, the motion is **DENIED**.

## II.  DISCUSSION

Motions for reconsideration are governed by Local Rule 7(h), which provides the following:

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a

ORDER – 1

showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

Local Rules W.D. Wash. LCR 7(h)(1).

On June 1, 2021, Plaintiff David M. Vines ("Plaintiff") filed a timely motion for reconsideration of this Court's order granting Defendants' motion for summary judgment. Dkt. 32. Plaintiff asserts that the Court erred in granting summary judgment in favor of Defendants City of Black Diamond, Jamie Kiblinger, Ryan Keller, Michael Henrick, and Brian Lynch ("Defendants") because Defendants' conduct violated the constitution. *Id.* at 2-3. Plaintiff claims that by granting summary judgment in Defendants' favor, the Court "is endorsing Black Diamond police to order a hit on any person, arrest any citizen in their home without probable cause, with no warrant, no proof of crime, then attempt to shoot that unarmed arrestee." *Id.* at 2.

In its prior order, however, the Court did not address the merits of Plaintiff's claims, holding that the claims were barred by res judicata. Dkt. 30 at 4. The Court finds that Plaintiff has provided no basis for the Court to reconsider its ruling. Plaintiff has failed to show manifest error in the prior ruling or proffer any new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence. Reconsideration is unwarranted, and the motion is therefore DENIED.

### III. CONCLUSION

Based on the foregoing reasons, the Court **DENIES** Plaintiff's motion for reconsideration of the Court's order granting Defendant's summary judgment. Dkt. 32.

DATED this 7th day of January, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2